UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN NICHOLAS McCORMICK,<br><br>Defendant. | Case No. CR 20-346-DMG-3<br><br>**ORDER RE META'S MOTION TO QUASH** |

IT IS HEREBY ORDERED that Meta's Motion To Quash Defendant Jordan Nicholas McCormick's Subpoena in a Criminal Matter ("Motion") [Doc. # 750] is **GRANTED** for lack of opposition.

DATED: June 18, 2026

_____
DOLLY M. GEE
Chief U.S. District Judge

-1-

2:20-CR-00346-DMG-3
ORDER